IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Gibson, James W | Case Number: 05 B 27372 |
|---|---|---|
| | Gibson, Kimberly Dawn | Judge: Hollis, Pamela S |
| | Printed: 7/22/08 | Filed: 7/11/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 9, 2008
Confirmed: September 12, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 52,834.20 | |
| Secured: | | 48,466.78 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,578.50 |
| Trustee Fee: | | 2,788.92 |
| Other Funds: | | 0.00 |
| Totals: | 52,834.20 | 52,834.20 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas R Hitchcock | Administrative | 1,578.50 | 1,578.50 |
| 2. | Bank Of America | Secured | 37,595.72 | 34,659.23 |
| 3. | Bank Of America | Secured | 25,491.71 | 13,807.55 |
| 4. | General Motors Acceptance Corp | Unsecured | 452.93 | 0.00 |
| 5. | SBC | Unsecured | 168.62 | 0.00 |
| 6. | Rockford Mercantile Agency | Unsecured | 138.60 | 0.00 |
| 7. | Nicor Gas | Unsecured | 158.23 | 0.00 |
| 8. | Thomas R Hitchcock | Priority | | No Claim Filed |
| 9. | Capital One | Unsecured | | No Claim Filed |
| 10. | America's Recovery Network | Unsecured | | No Claim Filed |
| 11. | Capital One | Unsecured | | No Claim Filed |
| 12. | Capital One | Unsecured | | No Claim Filed |
| 13. | Capital One | Unsecured | | No Claim Filed |
| 14. | Capital One | Unsecured | | No Claim Filed |
| 15. | Capital One | Unsecured | | No Claim Filed |
| 16. | Capital One | Unsecured | | No Claim Filed |
| 17. | Capital One | Unsecured | | No Claim Filed |
| 18. | Creditors Collection Bur | Unsecured | | No Claim Filed |
| 19. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 20. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 21. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 22. | Capital One | Unsecured | | No Claim Filed |
| 23. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 24. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 25. | Medical Collections | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Gibson, James W | Case Number: 05 B 27372 |
| | Gibson, Kimberly Dawn | Judge: Hollis, Pamela S |
| | Printed: 7/22/08 | Filed: 7/11/05 |

| | | | | |
|---|---|---|---|---|
| 26. | Palisades Collection LLC | Unsecured | | No Claim Filed |
| 27. | Medical Collections | Unsecured | | No Claim Filed |
| 28. | Medical Collections | Unsecured | | No Claim Filed |
| 29. | Palisades Collection LLC | Unsecured | | No Claim Filed |
| 30. | Presidio/CM | Unsecured | | No Claim Filed |
| 31. | Palisades Collection LLC | Unsecured | | No Claim Filed |
| 32. | RMI/MCSI | Unsecured | | No Claim Filed |
| | | | $ 65,584.31 | $ 50,045.28 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 951.12 |
| 5% | 184.99 |
| 4.8% | 532.79 |
| 5.4% | 1,120.02 |
| | $ 2,788.92 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

